*April 9, 2002*

## MOTION AND PROCEDURAL RULINGS

01–1309.   Cincinnati Ins. Co. v. Colelli & Assoc., Inc.
Wayne App. No. 00CA0053. This cause is pending before the court as an appeal from the Court of

Appeals for Wayne County. Upon consideration of appellee's motion for stay of further proceedings in this appeal and to continue oral argument scheduled for April 10, 2002,

IT IS ORDERED by the court that the motion be, and hereby is, denied.